IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TOMMY LEE MOSLEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-086 |
| | ) |
| JASON MEDLIN, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

The above-captioned matter is before the Court on Plaintiff's motion to "relate back plea." (Doc. no. 33.) In his motion, Plaintiff summarizes his allegations and requests that the Court decide this case solely upon his ability to prove the allegations of his original complaint relating to the purportedly deficient investigation by physical evidence. These claims were previously dismissed and also addressed in orders denying Plaintiff's motion to amend, (doc. no. 30), and granting Defendants' motion *in limine*, (doc. nos. 29, 40). Because Plaintiff in essence requests that the Court ignore these orders and allow these claims back into the case, the Court **DENIES** Plaintiff's motion.

SO ORDERED this 29th day of January, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA