IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TOMMY LEE MOSLEY, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 313-086 |
| JASON MEDLIN, Warden, and<br>JERRY SIKES, Facility Investigator, | ) |
| Defendants.[1] | ) |

# O R D E R

Before the Court are Plaintiff's motion for summary judgment and Defendants' motion for summary judgment. (Doc. nos. 41, 47.) In their motion, Defendants cite "CCA Policy 14-02" as an exhibit, but fail to attach this exhibit to the motion. In order to fully consider their motion, the Court **ORDERS** Defendants to resubmit their motion, with the missing exhibit attached, within seven days from the date of this Order.

SO ORDERED this 5th day of May, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to modify the docket to reflect that Defendant Sikes's first name is "Jerry." (See, e.g., doc. no. 47.)