ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 27 PM 2: 27

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TOMMY LEE MOSLEY, JR., | ) | |
| | ) | |
| Plaintiff,[1] | ) | |
| | ) | |
| v. | ) | CV 313-086 |
| | ) | |
| JASON MEDLIN, Warden, and | ) | |
| JERRY SIKES, Facility Investigator, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 57). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment (doc. no. 41), **DENIES AS MOOT** Defendants' motion for summary judgment be (doc. no. 47), **GRANTS** Defendants' amended motion for summary judgment be (doc. no. 52), **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of Defendants.

SO ORDERED this ___ day of July, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court **DIRECTS** the **CLERK** to modify the docket to reflect that Plaintiff's name contains the suffix "Jr." (See, e.g., doc. no. 57.)