# United States District Court
## Southern District of Georgia

TOMMY LEE MOSLEY, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV313-086

JASON MEDLIN, Warden, and JERRY SIKES, Facility Investigator,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 27, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' amended motion for summary judgment is GRANTED, judgment is hereby ENTERED in favor of the Defendants and this civil action stands CLOSED.

July 27, 2015
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk